SIMS *v.* THE STATE.

COBB, J. The motion for a new trial was upon the general grounds only. The evidence for the State made a clear case of murder. The accused introduced no evidence. His statement tended to show that the killing was in self-defense. The jury have resolved the conflict in favor of the State. The trial judge has approved the verdict and refused a new trial, and no reason appears why his discretion in so doing should be interfered with.

*Judgment affirmed. All the Justices concur.*

Argued November 21,—Decided December 9, 1904.

Indictment for murder. Before Judge Littlejohn. Dooly superior court. September 24, 1904.

*W. H. Dorris* and *Watts Powell,* for plaintiff in error.
*John C. Hart, attorney-general,* and *F. A. Hooper, solicitor-general,* contra.